No. 96–212.  IN RE SMITH, *ante*, p. 871;

No. 96–5509.  TIERNEY *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL., *ante*, p. 901; and

No. 96–5541.  SAVAGE *v.* DISTRICT OF COLUMBIA, *ante*, p. 902. Petitions for rehearing denied.

NOVEMBER 13, 1996

No. 96–6695 (A–350).  LONCHAR *v.* TURPIN, WARDEN, ET AL. C. A. 11th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.

No. 96–6696 (A–349).  LONCHAR *v.* GEORGIA BOARD OF PARDONS AND PAROLES ET AL.  Sup. Ct. Ga.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied. The order heretofore entered by JUSTICE KENNEDY is vacated.

No. 96–5063 (A–339).  MIDDLETON *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 876.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Petition for rehearing denied.

NOVEMBER 14, 1996

No. A–357 (96–6715).  FELKER *v.* TURPIN, WARDEN.  Sup. Ct. Ga.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay terminates automatically.  In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

No. 96–6698.  IN RE LONCHAR.  Petition for writ of habeas corpus denied.